1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | CASE NO. C22-1239-KKE |
|---|---|
| Andrei V. Medvedev, | Bankruptcy No. 22-10858-MLB |
| Debtor(s). | ORDER DENYING RECONSIDERATION |
| Andrei V. Medvedev, | |
| Defendant(s)/Appellant(s), v. | |
| Juan Gates, | |
| Plaintiff(s)/Appellee(s). | |

16
17
18
19
20
21
22
23
24

This matter comes before the Court on Appellant's motion for reconsideration of the Court's order (Dkt. No. 27) affirming the Bankruptcy Court. Dkt. No. 29. Although Appellant noted this motion for November 17, 2023, motions for reconsideration are noted for consideration the day they are filed. *See* Local Civil Rule 7(h).

Local Civil Rule 7(h)(1) provides that motions for reconsideration are disfavored and will be ordinarily denied "in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Appellant's motion does not meet this standard. Appellant's motion

ORDER denying reconsideration - 1

restates arguments made previously (*see* Dkt. Nos. 20 & 24) and does not establish manifest error in the Court's order (Dkt. No. 27).

Accordingly, Appellant's motion (Dkt. No. 29) is DENIED.

Dated this 13th day of October, 2023.

Kymberly K. Evanson
United States District Judge

ORDER denying reconsideration - 2