UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>Andrei V. Medvedev,<br>    Debtor(s).<br><br>---<br><br>Andrei V. Medvedev,<br>    Defendant(s)/Appellant(s),<br> v.<br><br>Juan Gates,<br>    Plaintiff(s)/Appellee(s). | CASE NO. C22-1239-KKE<br><br>Bankruptcy No. 22-10858-MLB<br><br>ORDER TO FILE JOINT STATUS REPORT |

The Court is aware that the Court of Appeals for the Ninth Circuit has dismissed Appellant's appeal of this Court's order. *See* Dkt. No. 37. The parties are ordered to file a joint status report as to the current status of this bankruptcy appeal, no later than April 5, 2024, specifically addressing the issue of sanctions and whether any further briefing on that issue is warranted in light of the Ninth Circuit proceedings, and whether any other matters remain for the Court's resolution.

Dated this 27th day of March, 2024.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE JOINT STATUS REPORT - 1