UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>Andrei V. Medvedev,<br><br>      Debtor(s). | CASE NO. C22-1239-KKE<br><br>Bankruptcy No. 22-10858-MLB<br><br>ORDER ON SUPPLEMENTAL BRIEFING SCHEDULE |
| Andrei V. Medvedev,<br><br>      Defendant(s)/Appellant(s),<br> v.<br>Juan Gates,<br><br>      Plaintiff(s)/Appellee(s). | |

  The Court has reviewed the parties' joint status report (Dkt. No. 39) and finds that supplemental briefing on the issue of sanctions would be helpful. The Court therefore ORDERS the following briefing schedule:

  (1) Either party may file declarations and/or a supplemental brief of no longer than six pages no later than April 19, 2024.

  (2) Either party may file declarations and/or a supplemental response brief of no longer than four pages no later than April 26, 2024.

ORDER ON SUPPLEMENTAL BRIEFING SCHEDULE - 1

(3) No reply briefs shall be filed unless requested by the Court.

Dated this 8th day of April, 2024.

_____
Kymberly K. Evanson
United States District Judge

ORDER ON SUPPLEMENTAL BRIEFING SCHEDULE - 2